McDermott Will & Emery LLP
ATTORNEYS AT LAW
IRVINE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HYPERMEDIA NAVIGATION LLC | ) | CASE NO.: 4:17-cv-03188-HSG |
| | ) | |
| Plaintiff, | ) | Hon. Haywood S. Gilliam, Jr. |
| | ) | |
| v. | ) | ORDER GRANTING STIPULATION TO |
| | ) | EXTEND BRIEFING SCHEDULE ON |
| YAHOO!, INC., | ) | DEFENDANT'S MOTION TO DISMISS |
| | ) | PURSUANT TO FED. R. CIV. P. 12(c) FOR |
| Defendant. | ) | LACK OF PATENTABLE SUBJECT |
| | ) | MATTER UNDER 35 U.S.C. § 101 |
| | ) | |
| | ) | DATE: Thursday, August 24, 2017 |
| | ) | TIME: 2:00 p.m. |
| | ) | LOCATION: COURTROOM 2, 4TH Floor, |
| | ) | 1301 Clay Street, Oakland, CA 94612 |
| | ) | |

1      Before the Court is Plaintiff Hypermedia Navigation LLC's and Defendant

2   Yahoo!, Inc.'s ("the Parties") Stipulation to Extend the Briefing Schedule for

3   Yahoo!'s motion to dismiss this case ("Stipulation").

4      The Court having reviewed the Parties' Stipulation, and good cause

5   appearing, the Court rules as follows:  The hearing schedule is hereby extended.

6   Plaintiff's response to Defendant's motion is due on July 24, 2017.  Defendant's

7   reply in support of Defendant's motion is due on August 7, 2017.

8

9   PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11      DATED:  July 10, 2017

12                                          _____
                                            Hon. Hayward S. Gilliam, Jr.
13                                          UNITED STATES DISTRICT JUDGE

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
IRVINE