McDermott Will & Emery LLP
Attorneys At Law
Irvine

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPERMEDIA NAVIGATION LLC | CASE NO.: 4:17-cv-03188-HSG |
| Plaintiff, | Hon. Haywood S. Gilliam, Jr. |
| v. | **ORDER ON STIPULATION TO SUBSTITUTE PARTY** |
| YAHOO!, INC., | |
| Defendant. | |

ORDER

Plaintiff Hypermedia Navigation LLC ("Hypermedia") and Defendant Yahoo! Inc. ("Yahoo!"), (collectively "the Parties"), filed a Stipulation to Substiute Party pursuant to Fed. R. Civ. P. 15(a) and Fed. R. Civ. P. 25(c) ("the Stipulation"). The Stipulation states that Yahoo! Inc. and Yahoo Holdings, Inc. ("Yahoo Holdings") desire to amend the case caption to reflect Yahoo Holdings' new status as defendant in this action and to substitute parties accordingly.

PURSUANT TO STIPULATION, IT IS ORDERED that Yahoo Holdings, Inc. is substituted as defendant in place of Yahoo! Inc., and that the case caption shall be amended as follows:

| | |
|---|---|
| HYPERMEDIA NAVIGATION LLC ) ) | CASE NO.: 4:17-cv-03188-HSG |
| Plaintiff, ) ) | |
| v. ) ) | |
| YAHOO HOLDINGS, INC., ) ) | |
| Defendant. ) ) ) ) ) | |

**IT IS SO ORDERED.**

Dated: 7/12/2017

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE