Steven T. Lowe SBN 122208
*steven@lowelaw.com*
Kris S. LeFan SBN 278611
*kris@lowelaw.com*
Lowe | LeFan
8383 Wilshire Suite #1038
Beverly Hills, CA 90211
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Hao Ni (pro hac vice)
*hni@nilawfirm.com*
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900
Attorneys for Plaintiff
Hypermedia Navigation LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| **HYPERMEDIA NAVIGATION LLC,** | Case No. 4:17-cv-03188-HSG |
| Plaintiff**,** | |
| v. | **PLAINTIFF HYPERMEDIA NAVIGATION LLC'S MOTION TO APPEAR BY TELEPHONE OF LEAD TRIAL COUNSEL AND [PROPOSED] ORDER** |
| **YAHOO HOLDINGS, INC.,** | |
| Defendant. | |

Plaintiff Hypermedia Navigation LLC's ("Plaintiff") lead trial counsel, Hao Ni, respectfully requests to appear telephonically before this Court at the Initial Case Management Conference on September 5, 2017 at 10am. Additionally, counsel Kris LeFan will be present in person will full authority to make decisions about any issue that may come up during the conference. Hao Ni requests telephonic appearance due to scheduling conflicts.

Dated: August 28, 2017

By: */s/ Hao Ni*_____
Hao Ni

**Attorney for Plaintiff**
**Hypermedia Navigation LLC**

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on August 28, 2017, with a copy of this document via the Court's CM/ECF system.

*/s/ Hao Ni*

HAO NI

# [PROPOSED] ORDER

Before the Court is Plaintiff Hypermedia Navigation LLC's Request for Telephonic Appearance. The Court has considered the Request and finds that it should be granted. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance at the case management conference scheduled for September 5, 2017 at 2:00 p.m.

IT IS SO ORDERED, this 29th day of August 2017.

_Haywood S. Gilliam Jr._
District Judge Haywood S. Gilliam, Jr.