1  Christopher D. Bright (SBN 206273)
   cbright@mwe.com
2  McDERMOTT WILL & EMERY LLP
   4 Park Plaza, Suite 1700
3  Irvine, CA 92614
4  Ph: (949) 851-0633
   Fax: (949) 851-9348
5
   Attorneys for Defendant
6  YAHOO HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| HYPERMEDIA NAVIGATION, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>YAHOO HOLDINGS, INC.,<br><br>Defendant. | CASE NO. 4:17-cv-3188 HSG<br><br>**DEFENDANT YAHOO HOLDINGS, INC.'S MOTION TO APPEAR BY TELEPHONE OF LEAD TRIAL COUNSEL AND ORDER** |

1  Defendant Yahoo Holdings, Inc.'s ("Yahoo") lead trial counsel, Charles McMahon, respectfully requests to appear telephonically before this Court at the Initial Case Management Conference on September 5, 2017 at 2:00 p.m. Additionally, counsel for Yahoo, Christopher Bright, or another attorney for Yahoo who is a member of the bar of this Court, will be present in person with full authority to make decisions about any issue that may come up during the conference. Charles McMahon requests telephonic appearance due to scheduling conflicts, and notes that Plaintiff Hypermedia Navigation, LLC's request for lead trial counsel to appear telephonically was granted by this Court.

Dated: August 31, 2017

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By: */s/ Christopher D. Bright*
Christopher D. Bright (SBN 206273)
McDermott Will & Emery LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614
(949) 851-0633
cbright@mwe.com

Charles M. McMahon (pro hac vice)
Hersh H. Mehta (pro hac vice)
Michael D. Hemes (pro hac vice)
McDermott Will & Emery LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606
(312) 984-7641
cmcmahon@mwe.com
hmehta@mwe.com
mhemes@mwe.com

Natalie A. Bennett (pro hac vice)
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001
(202) 756-8111
nbennett@mwe.com

*Attorneys for Defendant*
YAHOO HOLDINGS, INC.

# CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action. My business address is 4 Park Plaza, Suite 1700, Irvine, California 92614. I caused a copy of the document titled: **DEFENDANT YAHOO HOLDINGS, INC.'S MOTION TO APPEAR BY TELEPHONE OF LEAD TRIAL COUNSEL AND [PROPOSED] ORDER** to be served as follows:

| | |
|---|---|
| X | I electronically filed the with the Clerk of the Court using the CM/ECF System |
| | By transmitting via electronic mail the document(s) listed above to the email addresses set forth below on this date. |
| | By placing the document(s) listed above in a sealed envelope with postage hereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below. |
| | By Personal Service: I served a true copy to each person[s] named at the address[es] shown. |
| | By Personal Delivery: I caused the above listed document to be hand delivered to the person[s] named at the address[es] listed below: |
| | By Federal Express: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by Federal Express. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to Federal Express with a fully completed air bill, under which all delivery charges are paid by McDermott Will & Emery LLP, that same day in the ordinary course of business |

Executed on August 31, 2017, at Irvine, California.

                               /s/ *Terri A. Carman*
                               Terri A. Carman

## **ORDER**

Before the Court is Defendant Yahoo Holdings, Inc.'s Request for Telephonic Appearance of Lead Counsel. The Court has considered the Request and finds that it should be granted. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance at the Case Management Conference scheduled for September 5, 2017 at 2:00 p.m.

IT IS SO ORDERED, this 1st day of September 2017.

_____
District Judge Haywood S. Gilliam, Jr.

DM_US 84471872-1.049256.0055