McDermott Will & Emery LLP
Attorneys At Law
Irvine

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPERMEDIA NAVIGATION LLC | CASE NO.: 4:17-cv-03188-HSG |
| Plaintiff, | Hon. Haywood S. Gilliam, Jr. |
| v. | ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) FOR LACK OF PATENTABLE SUBJECT MATTER UNDER 35 U.S.C. § 101 |
| YAHOO HOLDINGS, INC., | |
| Defendant. | |
| | DATE: Thursday, November 9, 2017 |
| | TIME: 2:00 p.m. |
| | LOCATION: COURTROOM 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612 |

Before the Court is Plaintiff Hypermedia Navigation LLC's and Defendant Yahoo Holdings, Inc.'s ("the Parties") Stipulation to Extend Time to File Reply for Yahoo Holdings, Inc.'s motion to dismiss this case ("Stipulation").

The Court having reviewed the Parties' Stipulation, and good cause appearing, the Court rules as follows: Defendant's reply in support of Defendant's motion (Doc. 91) is due on October 9, 2017.

IT IS SO ORDERED.

*Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

DM_US 85169052-1.049256.0055