UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HYPERMEDIA NAVIGATION LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>YAHOO HOLDINGS, INC.,<br><br>    Defendant.<br><br>MICROSOFT CORPORATION,<br><br>    Proposed Intervenor,<br><br>    v.<br><br>HYPERMEDIA NAVIGATION LLC,<br><br>    Proposed Defendant in Intervention. | Case No. 4:17-cv-03188-HSG (DMR)<br><br>**ORDER GRANTING MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO SUBSTITUTE EXHIBIT A IN SUPPORT OF ITS MOTION TO INTERVENE** |

On December 4, 2017, Proposed Intervenor Microsoft Corporation ("Microsoft") filed an Administrative Motion with this Court, pursuant to Local Rule 7-11, for permission to substitute Exhibit A in support of its Motion to Intervene.

1    Good cause having been shown, the Court hereby GRANTS Microsoft's request to
2    substitute Exhibit A in support of its Motion to Intervene.
3    **IT IS SO ORDERED.**

5    Dated: December 5, 2017

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court