# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| HYPERMEDIA NAVIGATION LLC,<br><br>Plaintiff,<br><br>v.<br><br>YAHOO HOLDINGS INC.,<br><br>Defendant. | Case No. 4:17-CV-03188-HSG<br><br>[PROPOSED] ORDER OF STIPULATION OF DISMISSAL |

## ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Hypermedia Navigation LLC ("Plaintiff") and Defendant Yahoo Holdings Inc., ("Defendant") (collectively, the "Parties"), parties to this legal action, by and through their attorneys, jointly moved for an order approving their stipulation of dismissal with prejudice. After consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

1. All of Plaintiff's pending claims are dismissed with prejudice.
2. Each Party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.

DATED: 2/12/2018

*/s/ Haywood S. Gilliam, Jr.*
The Honorable Haywood S. Gilliam, Jr.
United States District Judge